IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VASEN REGAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL D. OVERMYER, et al. | : | NO. 19-1502 |

### ORDER

AND NOW this 19th day of July 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) The Report and Recommendation of Magistrate Judge Pamela A. Carlos (Doc. # 30) is APPROVED and ADOPTED IN PART and MODIFIED IN PART;

(2) The petition of Vasen Regan for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED; and

(3) No certificate of appealability shall issue.

BY THE COURT:


/s/ Harvey Bartle III
                    J.